**Order entered June 7, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00267-CV

### FAR EAST MACHINERY CO., Appellant

### V.

### ISABEL ARANZAMENDI, ET AL., Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05668-E**

## ORDER

Before the Court is appellant's June 3, 2021 unopposed motion to extend time to file its brief. Appellant seeks a fourteen-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than June 22, 2021.

/s/    CRAIG SMITH
       JUSTICE